ACCEPTED
03-15-00242-CV
7379802
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 4:42:52 PM
JEFFREY D. KYLE
CLERK

Case Number 03-15-00242-CV

IN THE THIRD DISTRICT COURT OF APPEALS
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 4:42:52 PM
JEFFREY D. KYLE
Clerk

GUILLERMO OCHOA-CRONFEL,

Appellant,

v.

PATRICK C. MURRAY,

Appellee.

From Cause No. D-1-GN-11-002136 in the 345th Judicial District Court
of Travis County

**UNOPPOSED MOTION FOR EXTENSION
TO FILE APPELLEE'S BRIEF**

**WALTERS, BALIDO & CRAIN, L.L.P.**

**Gregory R. Ave**
State Bar No. 01448900
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231
Telephone Number (214) 347-8310
Facsimile Number (214) 347-8311
Greg.ave@wbclawfirm.com

ATTORNEY FOR APPELLEE
PATRICK C. MURRAY

**October 14, 2015**

TO THE HONORABLE AUSTIN COURT OF APPEALS:

Appellee Patrick C. Murray ("Murray") files this unopposed motion for extension of time to file his Brief, pursuant to Texas Rule of Appellate Procedure 10.5(b), and would show the Court as follows:

1.     Current Deadline for Filing the Item in Question

Murray's Brief is currently due on **October 14, 2015**.

2.     Length of Extension Sought

Murray seeks a 30 day extension to file his brief, with the new deadline being **November 13, 2015**.

3.     Facts Relied on to Reasonably Explain the Need for an Extension

In mid-September the father of the undersigned counsel (Paul E. Ave) became ill and was hospitalized in San Miguel de Allende, Mexico. Due to his father's advanced age (and that of his mother), it was necessary for the undersigned counsel to travel to Mexico on September 21, 2015. The undersigned counsel's father passed away on September 22, 2015.

The undersigned remained in Mexico for an additional four days in order to oversee the conclusion of his father's affairs there, arrange for the return of his father's remains, and assist with his mother's travel to the United States. Additionally, the undersigned counsel has been taking steps

to begin the administration of his father's estate (as his executor) and attended his father's funeral on October 9, 2015.

Moreover, the undersigned counsel for Murray has recently been attending to, overseeing, involved with, or responsible for:

a.  The drafting and filing of the Brief of Appellee in case number 08-15-00067-CV, styled *Harold A. Rumzek v. Bryan D. Lucchesi*, and pending in the El Paso Court of Appeals [filed September 10, 2015];

b.  The drafting and filing of the Brief of Appellee Oxford Townhome Addition Homeowners Association, Inc. in case number 05-15-00054-CV, styled *Barbara Meredith v. Oxford Townhomes, LLC, et al.*, and pending in the Dallas Court of Appeals [filed September 11, 2015];

c.  The drafting and filing Plaintiff's Response and Brief in Support in Opposition to Defendants' Motion to Correct Judgment, or, Alternatively, Motion for Relief from Judgment or to Alter or Amend Judgment and Brief in Support in case number 3:14-cv-03314-K, styled *Ascendant Renewable Energy Corporation v. Tang Energy Group, Ltd., et al.*, and pending in the United States District Court Northern District [filed September 14, 2015];

d.  The drafting and filing of Appellant's Reply Brief in case number 15-10478, styled *National Casualty Company v. Alice Gonzalez d/b/a A&J*

*Transport*, and pending in the United States Court of Appeals for the Fifth Circuit [filed September 17, 2015];

e.   Initially preparing Plaintiff's Response and Brief in Support in Opposition to Defendants' Motion to Alter or Amend Judgment, Alternatively, for Relief from Judgment and Brief in Support in case number 3:14-cv-03314-K, styled *Ascendant Renewable Energy Corporation v. Tang Energy Group, Ltd., et al.*, and pending in the United States District Court Northern District [filed September 22, 2015];

f.   Handling various responsibilities as the managing partner of Walters, Balido & Crain, L.L.P.; and

g.   Attending to other pressing personal and professional responsibilities.

This extension of time will not materially delay the Court's review of this matter; rather, it will provide sufficient time to permit Murray's counsel to prepare Murray's brief on the merits in the professional manner that the Court and parties expect.

4.   Previous Extensions Granted Regarding Brief of the Merits

Murray has not sought nor received a previous extension of time in which to file his brief in this matter.

3

5.    Purpose for Extension

Murray seeks an extension of time in which to file his brief in order to allow its counsel to attend to certain personal matters (including various matters associated with his father's death) and prepare a thorough and professional brief the Court and opposing counsel expect. Murray does not seek this extension for the purpose of delay, but so that justice may be done.

6.    Ochoa-Cronfel Does Not Oppose This Motion

The undersigned counsel for Murray contacted Paul T. Morin, Esquire, counsel for Appellant Guillermo Ochoa-Cronfel ("Ochoa-Cronfel"), regarding the instant extension sought by Murray on October 14, 2015. Ochoa-Cronfel does not oppose the extension of time sought by Murray.

WHEREFORE, PREMISES CONSIDERED, Appellee Patrick C. Murray respectfully prays that this Court grant his unopposed motion for a thirty (30) day extension of time in which to file his brief and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

By:    */s/ Gregory R. Ave*
     Gregory R. Ave
     Texas State Bar No. 01448900
     greg.ave@wbclawfirm.com
     10440 North Central Expressway
     Meadow Park Tower, Suite 1500
     Dallas, Texas 75231
     (2l4) 347-8310
     (2l4) 347-8311 (facsimile)

     ATTORNEY FOR APPELLEE
     PATRICK C. MURRAY

**CERTIFICATE OF SERVICE**

On October 14, 2015, a true and correct copy of the foregoing was sent to opposing counsel of record as follows:

Paul T. Morin, Esquire          **Via E-serve**
Paul T. Morin, P.C.
503 W. 14th Street
Austin, Texas 78701

ATTORNEY FOR APPELLANT
GUILLERMO OCHOA-CRONFEL

Guillermo Ochoa-Cronfel, Esquire     **Via E-serve**
2700 Bee Cave Road, Suite 103
Austin, Texas 78746

APPELLANT

     */s/ Gregory R. Ave*
     Gregory R. Ave